IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN THOMAS BECHARD and
KATHLEEN LYNN BECHARD,

    Plaintiffs,

v.

JAMES M. ISSAACSON, CHRISTINE
GIMBER, BRAD JAMES COLBERT,
PAMELA S. LAHR and JON HEHLI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-775-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiffs leave to proceed and dismissing this case as legally frivolous and malicious for the purposes of 28 U.S.C. § 1915(e)(2)(B).


| /s/ | 11/13/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |